UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 1:14-cr-029-TRM-CHS-2 |
| | ) |
| DIONTRE DANFORTH | ) |

# **MEMORANDUM AND ORDER**

Defendant Diontre Danforth appeared for a hearing on January 17, 2025, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition and Order [Doc. 127], Amended Petition and Order [Doc. 129], and Second Amended Petition & Order [Doc. 130] for Warrant for an Offender Under Supervision ("Petitions") in the above matter.

Defendant was placed under oath and informed of his constitutional rights. The Court determined that Defendant wished to be represented by an attorney and qualified for appointed counsel. The Court therefore appointed Attorney Paul Bergmann to represent Defendant. The Court also determined that Defendant had been provided with and reviewed with counsel a copy of the Petitions.

The Government moved that Defendant be detained without bail pending his revocation hearing before U.S. District Judge McDonough. Defendant waived his right to a preliminary hearing. Defendant also waived his right to an immediate detention hearing but reserved the right to request a detention hearing upon motion at a later date.

Based upon the Petitions and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his condition of supervised release as alleged in the Petitions.

Accordingly, the Court **ORDERS** that:

(1) Counsel for Defendant and the Government shall confer and make best efforts to submit to U.S. District Judge McDonough a proposed Agreed Order with respect to an appropriate disposition of the Petitions.

(2) In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Petitions, they shall request a hearing before U.S. District Judge McDonough.

(3) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order from this Court is **GRANTED**.

SO ORDERED.

ENTER:

s/ *[signature]*
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE